E-FILING

1  ~~SCOTT SCHOOLS~~
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

**FILED**

APR - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

4  Attorneys for the United States

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                      SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,           )   CRIMINAL NO. 08-70207 HRL
                                       )
9       Plaintiff,                     )
                                       )
10      v.                             )   NOTICE OF PROCEEDINGS ON
                                       )   OUT-OF-DISTRICT CRIMINAL
11  Calvin Durden                      )   CHARGES PURSUANT TO RULES
                                       )   5(c)(2) AND (3) OF THE FEDERAL RULES
12                                     )   OF CRIMINAL PROCEDURE
        Defendant.                     )
13                                     )
   _____)
14
        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
15
   Procedure that on April 9, 2008, the above-named defendant was arrested based upon an
16
   arrest warrant (copy attached) issued upon an
17
        ☐ Indictment    ☐ Information    ☐ Criminal Complaint    ☑ Other Violation Petition
18
   pending in the Central District of California, Case Number 94-00988.
19
        In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code,
20
   Section(s) 3583(e)(3)
21
   Description of Charges: Violation of Supervised Release.
22

23
                                           Respectfully Submitted,
24                                         ~~SCOTT SCHOOLS~~
                                           UNITED STATES ATTORNEY
25  Date: 4/9/08

26                                         Assistant U.S. Attorney

27

28

1

PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEP

U.S.A. VS. CALVIN DURDEN

Docket No. CR94-00988(A)-AWT

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of CALVIN DURDEN who was placed on supervision by the Honorable A. WALLACE TASHIMA sitting in the Court at Los Angeles, California, on the 10th day of April, 1995 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(SEE ATTACHED COPY/COPIES OF JUDGMENT AND PROBATIONARY ORDER/ORDERS.)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach.)

(PLEASE SEE THE ATTACHED SHEET)



PRAYING THAT THE COURT WILL ORDER issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America requiring the detention and return of Calvin Durden before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 19th day
of January, 2006 and ordered filed
and made a part of the records in the above
case.

United States Circuit Judge
A. WALLACE TASHIMA

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 13, 2006

CALVIN C. DANIELS
U.S. Probation Officer

Place: Inglewood, CA

33

U. S. A. vs. CALVIN DURDEN
Docket No. CR94-00988(A)-AWT

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervised releasee has violated the terms and conditions of supervision to wit:

1. Having been ordered by the Court to report to the nearest Probation Office within 72 hours after release from custody, Calvin Durden was released from custody on October 27, 2005, and failed to report upon his release, as directed;

2. Having been ordered by the Court to not use or administer any narcotic or other controlled substance, on January 10, 2006, Calvin Durden submitted a urine sample which, upon analysis, was found to contain cocaine;

3. Having been ordered by the Court to submit to substance abuse testing as directed by the Probation Officer, Calvin Durden failed to appear for his initial intake and testing on December 27, 2005, and January 12, 2006, at the Detection and Treatment Resources Inc. (DTR) drug aftercare program; and

4. Having been ordered by the Court to follow the instructions of the Probation Officer and having been instructed by the Probation Officer, on December 16, 2005, to report in person, on January 4, 2006, to the U.S. Probation Office, 111 N. La Brea Ave., Suite 209, Inglewood, California, Calvin Durden failed to report as instructed. He has made himself unavailable for supervision and appears to have absconded from supervision.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | '06 JAN 26 P12:49 | CASE NUMBER: |
|---|---|---|
| Plaintiff(s) | | CR94-00988(A)-AWT |
| v. | | |
| Calvin Durden | | **WARRANT FOR ARREST** |
| Defendant(s) | | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____ Calvin Durden _____
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

violation of supervised release

in violation of Title __18__ United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | 1/19/06 at Los Angeles, Ca |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Derrick Martin | By Judge A. Wallace Tashima |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED _____ NAME OF ARRESTING OFFICER _____

DATE OF ARREST _____ TITLE _____

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO                                SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR-12 (07/04)                                        PAGE 1 of 2