**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

April 9, 2008

**Clerk of the Court**
**U.S. District Court of the Central California**
**G-8 United States Courthouse**
**312 North Spring Street,**
**Los Angeles, CA 90012**

| | |
|---|---|
| Case Name: | **USA-v-Calvin Durden** |
| Case Number: | **5-07-70207-HRL  (Your Case#CR-94-00988 (A)-AWT** |
| Charges: | **Violation of Supervised Release** |

Dear Clerk:

      The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

      (X)    The U.S. Marshal has been ordered to remove this defendant
              to your district forthwith.
      (X)    The defendant has a court appearance in your court on:

Enclosed are the following documents:
                      original Rule 5 affidavit
                      original minute orders
            certified copy of *AO 94, Commitment to Another District*
                      Certified docket sheets

      Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                                        Sincerely yours,

                                                        RICHARD WIEKING, Clerk

                                        by: _____
                                                Case Systems Administrator

Enclosures
cc: Financial Office

-----------------------------------------------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____                             **CLERK, U.S. DISTRICT COURT**

                                                                                      **By** _____
                                                                                            **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

April 9, 2008

**Clerk of the Court**
**U.S. District Court of the Central California**
**G-8 United States Courthouse**
**312 North Spring Street,**
**Los Angeles, CA 90012**

| | |
|---|---|
| Case Name: | **USA-v-Calvin Durden** |
| Case Number: | **5-08-70207-HRL  (Your Case#CR-94-00988 (A)-AWT** |
| Charges: | **Violation of Supervised Release** |

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

       (X)    The U.S. Marshal has been ordered to remove this defendant
               to your district forthwith.
       (X)    The defendant has a court appearance in your court on:

Enclosed are the following documents:
                       original Rule 5 affidavit
                       original minute orders
            certified copy of *AO 94, Commitment to Another District*
                       Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                    Sincerely yours,

                                    RICHARD WIEKING, Clerk

                           by: _____
                                Case Systems Administrator

Enclosures
cc: Financial Office

--------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____            **CLERK, U.S. DISTRICT COURT**

                                                    **By** _____
                                                          **Deputy Clerk**