**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

April 9, 2008

Clerk of the Court
U.S. District Court of the Central California
G-8 United States Courthouse
312 North Spring Street,
Los Angeles, CA 90012

| | |
|---|---|
| Case Name: | **USA-v-Calvin Durden** |
| Case Number: | **5-08-70207-HRL (Your Case#CR-94-00988 (A)-AWT** |
| Charges: | **Violation of Supervised Release** |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)   The defendant has a court appearance in your court on:

Enclosed are the following documents:
  original Rule 5 affidavit
  original minute orders
  certified copy of *AO 94, Commitment to Another District*
  Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk